IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| | ) | |
| | ) | Case No. 1:26-MJ-370 |
| UNITED STATES OF AMERICA | ) | |
| | ) | Count 1: Trespassing |
| | ) | (32 C.F.R. § 1903.7(a)) |
| v. | ) | Count 2: Possession of a Weapon |
| | ) | (32 C.F.R. § 1903.10) |
| | ) | Count 3: Possession of Ammunition |
| GEORGE DELGADILLO TORRES | ) | (32 C.F.R. § 1903.9(a)) |
| | ) | |
| | ) | 18 U.S.C. § 924(d)(1); |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | Criminal Forfeiture |

CRIMINAL INFORMATION

**Count One**
*(Trespassing, Class B Misdemeanor)*

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 17, 2026, at the George Bush Center for Intelligence in McLean, Virginia, within the Eastern District of Virginia, the defendant, GEORGE DELGADILLO TORRES, did knowingly enter on an Agency installation without proper authorization.

(In violation of Title 32, Code of Federal Regulations, Part 1903.7(a)).

**Count Two**

*(Possession of a Weapon, Class B Misdemeanor)*

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 17, 2026, at the George Bush Center for Intelligence in McLean, Virginia, within the Eastern District of Virginia, the defendant, GEORGE DELGADILLO TORRES, attempted to and did knowingly possess and cause to be present a weapon, to wit: (1) a Smith & Wesson, model M&P Shield model, 9-millimeter caliber pistol bearing serial no. HDM0612; and (2) a Mossberg, model 500, Pump Action 12-Gauge shotgun bearing serial no. U049892, on an Agency installation without being authorized to do so.

(In violation of Title 32, Code of Federal Regulations, Part 1903.10(a)).

**Count Three**

*(Possession, Storing, or Transporting of Ammunition, Class B Misdemeanor)*

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 17, 2026, at the George Bush Center for Intelligence in McLean, Virginia, within the Eastern District of Virginia, the defendant, GEORGE DELGADILLO TORRES, did knowingly use, possess, store, and transport ammunition on an Agency installation without authorization.

(In violation of Title 32, Code of Federal Regulations, Part 1903.9(a)).

FORFEITURE NOTICE

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant, GEORGE DELGADILLO TORRES, is hereby notified that, if convicted of any of the offenses set forth in this Criminal Information, he shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the offense.

The property subject to forfeiture includes, but is not limited to, the following:

a. One (1) Smith & Wesson, M&P Shield model, 9mm handgun with serial #HDM0612;

b. One (1) Mossberg, 500 model, Pump Action 12-Gauge shotgun with serial #U049892;

c. One (1) Silver, Smith & Wesson stock, single-stack 9-round magazine;

d. One (1) Black 8-round Smith & Wesson, Shield model, 9mm magazine;

e. One (1) Silver, Shield model, 7-round Smith & Wesson, Shield model, 9mm magazine; and

f. Seventeen (17) rounds of unknown make and model ammunition.

If any property subject to forfeiture is unavailable, the United States may seek an order forfeiting substitute assets pursuant to Title 21, U.S. Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All in accordance with Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(p), and Federal Rule of Criminal Procedure 32.2.)

Dated: 9/22/2026

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: ______________________

Solette Magnelli
Special Assistant United States Attorney (LT)
Robert McManigal
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: Solette.Magnelli@usdoj.gov
Email: Robert.mcmanigal@usdoj.gov